VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for David Bovino

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID BOVINO,<br>        Defendant. | No. CR 08-00603 JF<br><br>STIPULATION RE CONTINUANCE<br>OF SENTENCING DATE;<br>[~~PROPOSED~~] ORDER |

    It is hereby stipulated between the defendant David Bovino, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas O'Connell, that the sentencing date of January 21, 2009, at 9:00 a.m. be continued to February 4, 2009, at 9:00 a.m.

    The reason for this continuance is that defense counsel will be out of state on Janulary 21, 2009, and she will need additional time after her return to prepare a sentencing memorandum before Mr. Bovino can be sentenced.

    U.S. Probation Officer Charlie Mabie has been notified of this continuance and has no objection to the new date.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
- 1 -

1  It is so stipulated.

2  Dated:     November 26, 2008            Respectfully submitted,

3

4

5                                            /s/ Vicki H. Young
                                             VICKI H. YOUNG, ESQ.
6                                            Attorney for David Bovino

7  Dated:     November 26, 2008            JOSEPH RUSSIONELLO
                                           UNITED STATES ATTORNEY
8

9

10                                           /s/   Thomas O'Connell
                                             THOMAS O'CONNELL
11                                           Assistant United States Attorney

12

13

14
                          **PROPOSED ORDER**
15

16      GOOD CAUSE BEING SHOWN, the sentencing date of January 21, 2009, is continued to

17  February 4, 2009.

18      IT IS SO ORDERED.

19  DATED:  12/1/08

20                                           _____
                                             JEREMY FOGEL
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                        - 2 -